JAMES S. HERRMAN, Respondent, *v.* JEANNETTE C. JEFFE et al., Appellants, Impleaded with Another.

(Submitted April 1, 1918; decided April 5, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 223 N. Y. 523.)

In the Matter of the Accounting of HENRIETTA LOSER, as Executrix of MAX FLATAUER, Deceased, Appellant and Respondent.

ADDIE P. FLATAUER, Respondent and Appellant.

(Submitted April 1, 1918; decided April 5, 1918.)

Motion for re-argument denied, with ten dollars costs. (See 223 N. Y. 579.)

In the Matter of the Application of JAMES P. MORRISSEY for a Writ of Mandamus, Appellant, *v.* EDWIN DUFFEY, as Commissioner of Highways of the State of New York, Respondent.

*Matter of Morrissey* v. *Duffey,* 179 App. Div. 965, appeal dismissed. (Submitted April 1, 1918; decided April 5, 1918.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 9, 1917, which affirmed an order of Special Term denying an application for a writ of mandamus.

The motion was made upon the ground of failure to perfect the appeal.

*Merton E. Lewis, Attorney-General (James S. Y. Ivins* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.